IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHARON STOKES, | No. 4:19-CV-02147 |
| Plaintiff, | (Judge Brann) |
| v. | |
| COLUMBIA COUNTY COMMISSIONERS, COLUMBIA COUTY PRISONS AND COLUMBIA COUNTY, WARDEN DAVID VARANO (*individually*), LT. DAVID MCCOY (*individually*), SGT. MCCABE (*first name unknown*) (*individually*), and MARCIE STRACHKO (*individually*) | |
| Defendants. | |

## ORDER

**AND NOW**, this 1st day of September 2020, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' Partial Motion to Dismiss, Doc. 16, is **GRANTED IN PART AND DENIED IN PART**.

2. All allegations against "Columbia County Commissioners" and "Columbia Couty [*sic*] Prisons" are struck from Plaintiff Sharon Stokes' amended complaint.

3. The remaining Defendants shall file and serve an answer to the amended complaint pursuant to Fed. R. Civ. P. 12(a)(4)(A) on or before September 15, 2020.

**IT IS FURTHER ORDERED** that this case's caption is amended as follows:

| | |
|---|---|
| SHARON STOKES, | No. 4:19-CV-02147 |
| Plaintiff, | (Judge Brann) |
| v. | |
| COLUMBIA COUNTY, WARDEN DAVID VARANO (*individually*), LT. DAVID MCCOY (*individually*), SGT. MCCABE (*first name unknown*) (*individually*), and MARCIE STRACHKO (*individually*) | |
| Defendants. | |

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge